# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Jovan Badillo,  Civil No. 14-4824 (DSD/TNL)

      Petitioner,

v.

Warden Kent Grandlienard,

                        **ORDER**

      Respondent.

---

Jovan Badillo, #217620, MCF- Oak Park Heights, 5329 Osgood Avenue North, Stillwater, MN 55082 (*pro se* Petitioner).

Matthew Frank and James B. Early, Minnesota Attorney General's Office, 455 Minnesota Street, Suite 1800, St. Paul, MN, 55101; Jean E. Burdorf, Hennepin County Attorney's Office, 300 South Sixth Street, Suite 2000, Minneapolis, MN 55487 (for Respondent).

---

      Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated July 24, 2015 [Docket No. 16], along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that:

    1. Petitioner's Motion for Writ of Habeas Corpus [Docket No. 1] is **DENIED;**

       [Docket No. 1] is **DENIED**;

    2. Petitioner's Motion to Vacate the Sentence and Judgment of the State of Minnesota [Docket No. 4] is **DENIED;**

3. This action is **DISMISSED WITH PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 31, 2015

s/David S. Doty
David S. Doty, Judge
United States District Court